**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01103-CV

### IN RE SHERITHA SEALS IRVIN, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00114-W**

## ORDER
Before Justices Lang-Miers, Stoddart and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for stay. We **ORDER** relator to bear the costs of this

original proceeding.


/s/    BILL WHITEHILL
       JUSTICE